IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GILBERT LOPEZ,

Plaintiff,

vs. Cause No. CIV-06-0731 LCS/WDS

WILLIAM POHLMEYER, Individually and In His Official Capacity, JOSEPH PACHECO, Individually and In His Official Capacity, B. PODLESNY, Individually and In His Official Capacity, MICHAEL DeWALT, Individually and In His Official Capacity, K. AYOUB, Individually and In His Official Capacity, LT. STEWART, Individually and In His Official Capacity, DETENTION OFFICER SCOTT, Individually and In His Official Capacity, and the BOARD OF COUNTY COMMISSIONERS OF SANDOVAL COUNTY,

Defendants.

FIRST AMENDED COMPLAINT FOR PERSONAL INJURY AND PUNITIVE DAMAGES ARISING FROM ASSAULT, BATTERY AND VIOLATIONS OF PLAINTIFF'S CONSTITUTIONAL RIGHTS

COMES NOW Plaintiff, by and through his counsel of record, and offers the following as his Complaint against the Defendants herein.

1. Plaintiff Gilbert Lopez is a resident of Sandoval County, New Mexico.

2. The individually named Defendants, William Pohlmeyer, Joseph Pacheco, B. Podlesny, Officer Michael DeWalt, K. Ayoub, Lt. Stewart and Detention Officer Scott are current and/or former employees of the Sandoval County Detention Center which, on information and belief, is owned and supervised by Defendant Board of County Commissioners of Sandoval County. The above named Defendants are sued both in their individual and official capacity as current and/or former employees of the Sandoval County Detention Center.

3. The acts and events complained of herein occurred in Sandoval County, New Mexico.

4. On or about February 6, 2005, the Plaintiff was incarcerated at the Sandoval County Detention Center.

5. On the date and time set forth above, some or all of the above named individual Defendants, acting in concert and in the course and scope of their duties as employees of the Sandoval County Detention Center, restrained and severely beat the Plaintiff, fracturing the bones in his face.

6. The acts of the individual Defendants constituted an intentional and egregious assault and battery and resulted in violations of Plaintiff's constitutional rights under the Fourth, Eighth and Fourteenth Amendments to the United States Constitution. The actions of the above named individual Defendants were the direct result of a pattern, practice and the policies of the Sandoval County Detention Center and Defendant Board of County Commissioners. The actions of the above named individual Defendants were also the result of the failure of the Sandoval County Detention Center and the Board of County Commissioners to provide proper supervision and training to ensure that the employees of the Sandoval County Detention Center knew that it is illegal and unconstitutional to beat, injure and maim inmates at that institution.

7. As a result of Defendants' acts and omissions as set forth above, the Plaintiff has suffered injuries and damages including past and future medical expenses, mental and emotional distress, pain and suffering and loss of enjoyment of life.

8. Plaintiff is also entitled to an award of punitive damages in an amount sufficient to punish the above named individual Defendants and to deter others from engaging in similar

conduct in the future.

WHEREFORE Plaintiff respectfully requests that this Court enter judgment in his favor against the Defendants in an amount sufficient to compensate him for his injuries and damages, for costs of suit, attorney's fees, pre- and post-judgment interest, punitive damages as to the individual Defendants, and for such further relief as the Court deems just and proper.

Respectfully submitted,

LAW OFFICES OF JAMES P. LYLE, P.C.

/s/ JAMES P. LYLE

James P. Lyle
Attorney for Plaintiff Gilbert Lopez
1116 Second Street, N.W.
Albuquerque, NM 87102
(505) 843-8000 / (505) 843-8043 (Facsimile)

I hereby certify that a true copy of the foregoing Amended Complaint has been served upon counsel of record:

Daniel J. Macke, Esquire
Brown & German
2901 Juan Tabo Blvd., N.E., Suite 208
Albuquerque, NM 87112

this 8th day of January, 2007, via first class mail, postage prepaid.

/s/ JAMES P. LYLE
James P. Lyle